**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LIMETREE BAY SERVICES, LLC, *et al*,[1] | § | Case No. 21-32351 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |
| SEDGWICK CLAIMS MANAGEMENT | § | Adv. Pro. No. 21-3933 (DRJ) |
| SERVICES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| LIMETREE BAY TERMINAL, LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**STIPULATION EXTENDING DEADLINE TO ANSWER**
**OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

This stipulation (the "**Stipulation**") is entered into by and between Defendant Limetree Bay Terminals, LLC ("**Defendant**") and Plaintiff Sedgwick Claims Management Services, Inc. ("**Plaintiff**," and together with Defendant, the "**Parties**") to extend Defendant's time to answer or otherwise respond to Plaintiff's complaint.  The Parties agree and stipulate as follows:

1.     Plaintiff filed this Adversary Proceeding on October 19, 2021, and the Summons was issued by the Clerk on October 21, 2021.  Defendant was properly served with the Summons and a copy of the Complaint and related exhibits on October 21, 2021.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay  Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222).  The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX  77041.

1

2.      Pursuant to this Court's procedures, the Parties have stipulated to an extension of the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint up to and including December 6, 2021.

3.      The Parties submit this Stipulation without prejudice to seek further extensions.

4.      This Court shall have exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

Dated: October 21, 2021

*/s/  Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Joseph P. Rovira (TX Bar No. 24066008)
Ashley Harper (TX Bar No. 24065272)
Philip M. Guffy (TX Bar No. 24113705)
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas  77002
Tel:      713-220-4200
Fax:      713-220-4285
Email:   taddavidson@HuntonAK.com
              josephrovira@HuntonAK.com
              ashleyharper@HuntonAK.com
              pguffy@HuntonAK.com

*Counsel for Defendant Limetree Bay Terminals, LLC*


-and-

*/s/  Rachel T. Kubanda*
Lloyd A. Lim
State Bar No. 24056871
Rachel T. Kubanda
State Bar No. 24093258
**BALCH & BINGHAM LLP**
811 Louisiana Street, Suite 1010
Houston, Texas 77002
Telephone: (713) 362-2550
Email: llim@balch.com
Email: rkubanda@balch.com

*Counsel for Sedgwick Claims Management Services, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 21, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II

EMF_US 87063251